**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
     EDDY A. GEORGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING** |
| EDDY A. GEORGE, | and |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the dates for the filing of Motions for New Trial and the Sentencing be continued as follows:

|  | Current Date | Continued Date |
|---|---|---|
| Filing of Motion for New Trial | July 5, 2005 | **August 2, 2005** |
| Government Response | July 25, 2005 | **August 22, 2005** |
| SENTENCING | August 1, 2005 | **August 29, 2005** |

Counsel for Defendant GEORGE has spoken with Assistant U. S. Attorney, KAREN ESCOBAR, as well as with all other defendant

///

1  attorneys, who are agreeable to this short continuance.
2      DATED: June 28, 2005.
3                        Respectfully submitted,
4                        NUTTALL & COLEMAN
5                          /s/ Roger T. Nuttall
                     By: _____
6                          ROGER T. NUTTALL
                      Attorneys for Defendant
7                          EDDY A. GEORGE
8      DATED: June 28, 2005.
9
                        /s/ Nicholas F. Reyes
10                       _____
                        NICHOLAS F. REYES
11                       Attorney for Defendant
                        RITO S. ZAZUETA
12
13     DATED: June 28, 2005.
14
                        /s/ Timothy B. Rote
15                       _____
                        TIMOTHY B. ROTE
16                       Attorney for Defendant
                        MICHAEL NOBARI
17
18     DATED: June 28, 2005.
19
                      _____/s/ Ed Hunt
20 _____
                        ED HUNT
21                       Attorney for Defendant
                        EDISON SHINO
22
23
24
25
26
27
28

# **O R D E R**

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED: June __30__, 2005.

```
                    /s/ OLIVER W. WANGER
                    _____
                       OLIVER W. WANGER
                    Judge, U. S. District Court
```