**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING** |
| EDDY A. GEORGE, | and |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the dates for the filing of Motions for New Trial and the Sentencing be continued as follows:

|  | Current Date | Continued Date |
|---|---|---|
| Filing of Motion for New Trial | August 2, 2005 | **October 4, 2005** |
| Government Response | August 22, 2005 | **October 25, 2005** |
| SENTENCING | August 29, 2005 | **October 31, 2005** |

Counsel for all parties request this continuance due to the fact that the Trial Transcript will not be completed by the two court reporters until the end of August, 2005. Counsel need an

1  additional month within which to review the Trial Transcript
2  and prepare their motions for New Trial.
3       Counsel for Defendant GEORGE has spoken with Assistant U. S.
4  Attorney, KAREN ESCOBAR, as well as with all other defendant
5  attorneys, who are agreeable to this continuance.
6       DATED: August 1, 2005.
7                                    Respectfully submitted,
8                                    NUTTALL & COLEMAN
9                                        /s/ Roger T. Nuttall
                                     By: _____
10                                         ROGER T. NUTTALL
                                      Attorneys for Defendant
11                                         EDDY A. GEORGE
12      DATED: August 1, 2005.
13
                                         /s/ Nicholas F. Reyes
14                                   _____
                                         NICHOLAS F. REYES
15                                    Attorney for Defendant
                                          RITO S. ZAZUETA
16
17      DATED: August 1, 2005.
18
                                         /s/ Timothy B. Rote
19                                   _____
                                         TIMOTHY B. ROTE
20                                    Attorney for Defendant
                                          MICHAEL NOBARI
21
22      DATED: August 1, 2005.
23
                                         /s/ Ed Hunt
24                                   _____
                                         ED HUNT
25                                    Attorney for Defendant
                                          EDISON SHINO
26
27
28

2

# O R D E R

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED: August 2, 2005.

                    /s/ OLIVER W. WANGER

                    _____

                    OLIVER W. WANGER
                    Judge, U. S. District Court