(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
   EDDY A. GEORGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS TO DEFENDANT, EDDY A. GEORGE |
| EDDY A. GEORGE, | |
| Defendant. | |

For good cause shown and because Defendant, EDDY A. GEORGE, has demonstrated that he qualifies for services funded pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, leave is hereby granted for Defendant GEORGE to proceed herein in forma pauperis, nunc pro tunc to the date the trial transcripts were ordered.

DATED: August __15___, 2005.

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
U. S. District Court Judge