**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING** |
| EDDY A. GEORGE, | and |
| Defendant. | **O R D E R** |

**NOTICE TO COUNSEL: THE HEARING DATE HAS BEEN CHANGED AS COURT WILL NOT BE IN SESSION DEC. 19 THROUGH DEC. 30**

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the dates for the filing of Motions for New Trial and the Sentencing be continued as follows:

|  | Current Date | Continued Date |
|---|---|---|
| Filing of Motion for New Trial | October 4, 2005 | **November 15, 2005** |
| Government Response | October 25, 2005 | **December 6, 2005** |

| | |
|---|---|
| SENTENCING and MOTION   October 31, 2005 | **January 9, 2006** |
| FOR NEW TRIAL | **1:30 p.m.** |

    Counsel for all parties request this continuance due to the fact that the requested Trial Transcript was just received by counsel for Defendant GEORGE on or about September 16, 2005. Also, due to the fact that counsel has just finished an extensive trial in the Fresno County Superior Court, he has not had the opportunity to review the trial transcript in order to prepare his Motion for a New Trial.

    Counsel for Defendant GEORGE has spoken with other counsel in this matter relative to the length of time which is needed to review and prepare the motions.  They have all agreed that an additional month within which to review the Trial Transcript and prepare their motions for New Trial would be sufficient.

    Counsel for Defendant GEORGE has spoken with Assistant U. S. Attorney, KAREN ESCOBAR, as well as with all other defendant attorneys, who are agreeable to this continuance.

DATED:    September 27, 2005.

                            Respectfully submitted,

                            NUTTALL & COLEMAN

                                  /s/ Roger T. Nuttall
By:  _____
                     ROGER T. NUTTALL
               Attorneys for Defendant
                  EDDY A. GEORGE

DATED: September 27, 2005.

                                /s/ Nicholas F. Reyes
                            _____

```
                                    NICHOLAS F. REYES
                                  Attorney for Defendant
                                    RITO S. ZAZUETA




    DATED:    September 27, 2005.


                                    /s/ Timothy B. Rote
                                  _____
                                    TIMOTHY B. ROTE
                                  Attorney for Defendant
                                    MICHAEL NOBARI

    DATED:    September 27, 2005.


                                    /s/ Ed Hunt

                                  _____
                                    ED HUNT
                                  Attorney for Defendant
                                    EDISON SHINO
```

**O R D E R**

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED:    September _28___, 2005.


                        /s/ OLIVER W. WANGER
                        _____
                          OLIVER W. WANGER
                        Judge, U. S. District Court

4