(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
    EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING** |
| EDDY A. GEORGE, | and |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the dates for the filing of Motions for New Trial and the Sentencing be continued as follows:

|  | Current Date | Continued Date |
|---|---|---|
| Filing of Motion for New Trial | November 15, 2005 | **December 15, 2005** |
| Government Response | December 5, 2005 | **January 5, 2006** |
| SENTENCING and MOTION FOR NEW TRIAL | December 19, 2005 | **January 23, 2006 1:30 p.m.** |

Counsel for all parties request this additional continuance due to the fact that the requested Trial Transcript was just received by counsel for Defendant GEORGE on or about September 16, 2005.  Counsel's calendar has been such that he has not had

1  the opportunity to completely and thoroughly review the trial
2  transcript in order to prepare his Motion for a New Trial.
3      Counsel for Defendant GEORGE has spoken with other counsel
4  in this matter relative to the length of time which is needed to
5  review and prepare the motions.  They have all agreed that an
6  additional month within which to review the Trial Transcript and
7  prepare their motions for New Trial would be sufficient.
8      Counsel for Defendant GEORGE has spoken with Assistant U. S.
9  Attorney, KAREN ESCOBAR, as well as with all other defendant
10 attorneys, who are agreeable to this continuance.
11     DATED: November 8, 2005.

                                Respectfully submitted,

                                NUTTALL & COLEMAN

                                    /s/ Roger T. Nuttall
                            By: _____
                                ROGER T. NUTTALL
                              Attorneys for Defendant,
                                EDDY A. GEORGE

    DATED: November 8, 2005.

                                  /s/ Karen Escobar
                            _____
                                KAREN ESCOBAR
                                Assistant U.S. Attorney

    DATED: November 8, 2005.

                                  /s/ Nicholas F. Reyes
                            _____
                                NICHOLAS F. REYES
                                Attorney for Defendant,
                                RITO S. ZAZUETA

    DATED: November 8, 2005.

                                  /s/ Timothy B. Rote
                            _____
                                TIMOTHY B. ROTE
                                Attorney for Defendant,
                                MICHAEL NOBARI

```
DATED: November 8, 2005.

                              /s/ Ed Hunt
                       _____
                                 ED HUNT
                          Attorney for Defendant,
                               EDISON SHINO


                       ********************
```

**O R D E R**

Good Cause Appearing,

**IT IS SO ORDERED.**

DATED: November _9_____, 2005.

```
                              /s/ OLIVER W. WANGER
                       _____
                               OLIVER W. WANGER
                          Judge, U. S. District Court
```

3