**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
   EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>EDDY A. GEORGE,<br><br>    Defendant. | Case No.: CR-F-03-5453 OWW<br><br>**STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING**<br>and<br>**O R D E R**<br><br>**NOTICE TO COUNSEL: ORDER HAS BEEN CHANGED, PLEASE SEE PAGE 3** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the dates for the filing of Motions for New Trial and the Sentencing be continued as follows:

| | Current Date | Continued Date |
|---|---|---|
| Filing of Motion for New Trial | December 15, 2005 | **February 1, 2006** |
| Government Response | January 5, 2006 | **February 22, 2006** |
| SENTENCING and MOTION FOR NEW TRIAL | January 23, 2006 | **March 13, 2006**<br>**1:30 p.m.** |

Counsel for Defendant GEORGE requests this additional continuance due to the fact that extensive amount of time in

1 reviewing the record, research and preparation of the
2 Motion for New Trial is required.  Counsel's calendar has been
3 such that he has not had the opportunity to completely and
4 thoroughly review the trial transcript in order to prepare his
5 Motion for a New Trial in this short period of time.
6     Counsel for Defendant GEORGE has spoken with other counsel
7 in this matter relative to the length of time which is needed to
8 review and prepare the motions.  They have all agreed that an
9 additional month within which to review the Trial Transcript and
10 prepare their motions for New Trial would be sufficient.
11     Counsel for Defendant GEORGE has spoken with Assistant U. S.
12 Attorney, KAREN ESCOBAR, as well as with all other defendant
13 attorneys, who are agreeable to this continuance.
14     DATED: December 8, 2005.
15                                 Respectfully submitted,
16                                 NUTTALL & COLEMAN
17
                                    /s/ Roger T. Nuttall
18                              By: _____
                                    ROGER T. NUTTALL
19                                  Attorneys for Defendant,
                                    EDDY A. GEORGE
20
    DATED: December 8, 2005.
21
                                    /s/ Karen Escobar
22                                  _____
                                    KAREN ESCOBAR
23                                  Assistant U.S. Attorney
24  DATED: December 8, 2005.
25                                  /s/ Nicholas F. Reyes
                                    _____
26                                  NICHOLAS F. REYES
                                    Attorney for Defendant,
27                                  RITO S. ZAZUETA
28

DATED: December 8, 2005.

/s/ Timothy B. Rote

_____
TIMOTHY B. ROTE
Attorney for Defendant,
MICHAEL NOBARI

DATED: December 8, 2005.

/s/ Ed Hunt

_____
ED HUNT
Attorney for Defendant,
EDISON SHINO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Good Cause Appearing,

**IT IS SO ORDERED.**

**"NO FURTHER CONTINUANCES" OWW**

DATED:   December__9____, 2005.

/s/ OLIVER W. WANGER

_____
OLIVER W. WANGER
Judge, U. S. District Court