```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  3654 Federal Building
    ll30 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       ) Cr. F. No. 03-5453 OWW
                                    )
12                Plaintiff,        )
                                    )
13       v.                         ) ORDER
                                    )
14  EDDY A. GEORGE, et al.,         )
                                    )
15                Defendant.        )
    _____)
16
17      Having read and considered the parties' stipulation to
18  continue the above-captioned matter, based on the government's
19  request to continue the hearing on the defendants' new trial
20  motions and sentencing,
21      IT IS HEREBY ORDERED THAT the hearing on the defendants' new
22  trial motions and sentencing will be continued from March 13 at
23  1:30 p.m. to April 21, 2006, at 9 a.m.
24      IT IS FURTHER ORDERED THAT the government's response to the
25  new trial motions will be due on or before March 24 and the reply
26  to the government's response and formal objections to the
27
28
                                   1
```

presentence reports will be due on or before April 7.  Any optional reply briefs to the formal sentencing objections may be filed on April 14.

    IT IS SO ORDERED.

**Dated:   February 28, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE