**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>EDDY A. GEORGE,<br><br>        Defendant. | Case No.:   CR-F-02-5438 OWW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FILING DEFENDANT'S REPLY BRIEF SUPPORTING HIS MOTION FOR A NEW TRIAL; ORDER** |

The parties, by and through their counsel of record, mutually agree and stipulate that the date set for filing of Defendant Eddy George's Reply Brief Supporting his Motion for New Trial is extended to April 14, 2006. The extension of time is necessary because the government's opposition to the defendant's motion, filed under seal, was served on defense counsel via United States mail and was thereby delayed several days, requiring this request for a short extension to reply. The hearing on the motion is set for April 21, 2006 at 9 a.m.

Respectfully submitted,

Dated: April___, 2006,        McGREGOR W. SCOTT
                              United States Attorney


                              By /S/ Karen Escobar
                              KAREN A. ESCOBAR
                              Assistant U.S. Attorney

DATED: April __, 2006,        NUTTALL & COLEMAN


                              By /S/ Roger T. Nuttall
                              ROGER T. NUTTALL
                              Attorneys for Defendant,
                              EDDY A. GEORGE

1  **IT IS SO ORDERED** that defendant Eddy George is granted an extension of
2  time to file his Reply Brief Supporting his Motion for a New Trial to April
   14, 2006.
3  IT IS SO ORDERED.

4  **Dated:   April 12, 2006**               /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE

2