**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, #150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
EDDY A. GEORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5453 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF MOTION FOR NEW TRIAL AND SENTENCING** |
| EDDY A. GEORGE, | and |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that the Hearing on Sentencing and Motion for New Trial currently scheduled on Friday, May 5, 2006 at 1:30 p.m., be continued to:

**FRIDAY, JUNE 9, 2006, AT 9:00 A.M.**

Counsel for Defendant GEORGE requests this additional continuance due to the fact that he is currently in a trial in the Fresno County Superior Court, which is expected to be concluded no earlier than May 18 or 19, 2006.

Counsel for Defendant GEORGE has spoken with Assistant U. S. Attorney, KAREN ESCOBAR, as well as with all other defendant attorneys, who are agreeable to this continuance and the date on

1  which this matter may be heard.
2       DATED:   May 3, 2006.
3                                    Respectfully submitted,
4                                    NUTTALL & COLEMAN
5
6                                        /s/ Roger T. Nuttall
                                     By: _____
                                         ROGER T. NUTTALL
7                                      Attorneys for Defendant,
                                           EDDY A. GEORGE
8
        DATED: May 3, 2006.
9
                                         /s/ Karen Escobar
10                                   _____
                                           KAREN ESCOBAR
11                                       Assistant U.S. Attorney

12      DATED: May 3, 2006.

13                                       /s/ Nicholas F. Reyes
                                     _____
14                                         NICHOLAS F. REYES
                                       Attorney for Defendant,
15                                          RITO S. ZAZUETA

16
        DATED: May 3, 2006.
17
                                         /s/ Timothy B. Rote
18                                   _____
                                          TIMOTHY B. ROTE
19                                     Attorney for Defendant,
                                           MICHAEL NOBARI
20
        DATED: May 3, 2007.
21
                                          /s/ Ed Hunt
22                                   _____
                                             ED HUNT
23                                     Attorney for Defendant,
                                           EDISON SHINO
24
25
26
27
28

                                        2

**O R D E R**

Good Cause Appearing,

IT IS SO ORDERED.

**Dated:    May 7, 2006              /s/ Oliver W. Wanger**
emm0d6                       UNITED STATES DISTRICT JUDGE