UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )      1:03-CR-5453 OWW
                                )
     v.                         )
                                )
EDDY GEORGE,                    )
                                )
              Defendant         )      ORDER FOR REIMBURSEMENT
_____)
```

It is hereby ordered that defendant Eddy George, shall reimburse the Drug Enforcement Administration for the attendance of witness James Jones at trial in the amount of $791.80.

Any income received by the defendant for work while incarcerated shall be forwarded to: Drug Enforcement Administration, Attn: Administrative Officer, 450 Golden Gate Avenue, San Francisco, CA 94102, until such time as the debt is paid in full.

IT IS SO ORDERED.

**Dated:   August 3, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE